**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-11229-TPA |
| **George M. Davis,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **George M. Davis,** | : | **Docket No. 23** |
| Movant | : | |
| vs. | : | **Hearing Date & Time: January 9, 2019** |
| | : | 11:30 AM |
| **AT&T Wireless,** | : | |
| **Bayview Loan Servicing,** | : | |
| **Clarion County Tax Claim Bureau,** | : | |
| **Clarion Hospital,** | : | |
| **Farmington Township Water & Sewer,** | : | |
| **Ford Motor Credit,** | : | |
| **OneMain,** | : | |
| **Penelec,** | : | |
| **State Farm Bank,** | : | |
| **UGI Central Penn Gas, Inc.,** | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Chapter 13 Trustee)** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION**
**TO EXTEND AUTOMATIC STAY BEYOND THIRTY DAYS**

The undersigned hereby certifies that, as of the date hereof, no answer, no objection or other responsive pleading to the Debtor's Motion to Extend Automatic Stay beyond Thirty Days filed on November 29, 2018, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtor's Motion to Extend Automatic Stay beyond Thirty Days appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Motion to Extend Automatic Stay beyond Thirty Days were to be filed and served no later than December 14, 2018.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Extend Automatic Stay beyond Thirty Days be entered by the Court.

Dated: December 17, 2018                    /s/ Kenneth P. Seitz, Esquire
                                            Kenneth P. Seitz, Esquire
                                            PA I.D. #81666
                                            The Law Offices of Kenny P. Seitz
                                            P.O. Box 211
                                            Ligonier, PA 15658
                                            (814) 536-7470