**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-11229-TPA |
| George M. Davis, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| George M. Davis, | : | Docket No. 31 |
| Movant | : | |
| vs. | : | Related to Docket No. |
| | : | |
| Beverage Air Corporation | : | Filed Under Local Bankruptcy |
| 3379 Champion Boulevard | : | Rule 9013.4 Para. 6(c) |
| Winston – Salem, NC 27105 | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-6126 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with Beverage Air Corporation, 3379 Champion Boulevard, Winston-Salem, NC 27105 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __6th__ day of __March__, 2019.

_____
Thomas P. Agresti
United States Bankruptcy Judge

ljm

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                              Case No. 18-11229-TPA
George M. Davis                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1            Date Rcvd: Mar 06, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db             +George M. Davis,    709 Arnold Avenue,    P.O. Box 163,    Tylersburg, PA 16361-0163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor George M. Davis thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4