# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  : Case No. 18-11229-TPA
**George M. Davis,**                              :
                                                  : Chapter 13
            **Debtor**                            :
                                                  :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 16th day of July, 2019, a true and correct copy of the Order dated July 15, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

ALLEGHENY WOOD PRODUCTS, INC.
17761 ROUTE 208
MARBLE, PA 16334

GEORGE M. DAVIS
709 ARNOLD AVENUE
P.O. BOX 163
TYLERSBURG, PA 16361

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: July 16, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470