# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                :
                                                                            : Case No. 18-11229-TPA
**George M. Davis,**                                          :
                                                                            : Chapter 13
         **Debtor**                                  :
                                                                            :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of January, 2020, a true and correct copy of the Order dated January 14, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

        ALLEGHENY WOOD PRODUCTS, INC.
        17761 ROUTE 208
        MARBLE, PA 16334

        GEORGE M. DAVIS
        709 ARNOLD AVENUE
        P.O. BOX 163
        TYLERSBURG, PA 16361

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>January 15, 2020</u>

        Respectfully submitted,
        /s/ Jessica L. Tighe
        Jessica L. Tighe; Legal Asst.
        Law Offices of Kenny P. Seitz
        P. O. Box 211
        Ligonier, PA  15658
        (814) 536-7470