# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                : Case No. 18-11229-TPA
**George M. Davis,**                            :
                                                : Chapter 13
              **Debtor**                        :
                                                :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of January, 2020, a true and correct copy of the Order dated January 14, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> CAR MATE TRAILERS, INC.
> P.O. BOX 155
> LEEPER, PA 16233
>
> GEORGE M. DAVIS
> 709 ARNOLD AVENUE
> P.O. BOX 163
> TYLERSBURG, PA 16361

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: January 15, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470