**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | | **:** | **Case No. 18-11229-TPA** |
| **George M. Davis,** | | **:** | |
| | **Debtor** | **:** | **Chapter 13** |
| | | **:** | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED MARCH 25, 2020**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am

over the age of eighteen years old under penalty of perjury that I served or caused to be served,

on the 27th day of March, 2020, a true and exact copy of the Notice of Proposed Modification to

Confirmed Plan with attached Amended Chapter 13 Plan dated March 25, 2020, along with a

copy of the Order dated March 26, 2020, on all of the creditors on the Court's Mailing Matrix by

First-Class Mail, U.S. Postage paid.

Executed on: <u>March 27, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-1
Case 18-11229
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Nov 29 10:20:30 EST 2018

U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

AT & T Wireless
P.O. Box 10330
Fort Wayne, IN 46851-0330

Bayview Loan Servicing
4425 Ponce del Leon Boulevard, 5th Floor
Miami, FL 33146-1837

Clarion County Tax Claim Bureau
330 Main Street
Clarion, PA 16214-1073

Clarion Hospital
P.O. Box 645563
Pittsburgh, PA 15264-5253

Farmington Township Water and Sewer
P.O. Box 480
Bloomsburg, PA 17815-0480

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

Laura Zuck Davis
Tionesta, PA 16353

Law Offices of Burton Neil & Assoc.
1060 Andrew Drive
Suite 170
West Chester, PA 19380-5601

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain
P.O. Box 1010
Evansville, IN 47706-1010

Penelec
76 S. Main Street A-RPC
Akron, OH 44308-1812

State Farm Bank
P.O. Box 5961
Madison, WI 53705-0961

Tammy Taylor
Tionesta, PA 16353

UGI Cental Penn Gas, Inc.
P.O. Box 15503
Wilmington, DE 19886-0001

George M. Davis
709 Arnold Avenue
P.O. Box 163
Tylersburg, PA 16361-0163

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17