**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
GEORGE M. DAVIS                                                                                          Case No. 18-11229TPA

                        Debtor(s)                                                                                Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

                vs.   Movant                                                                                Document No __

CLARION COUNTY TAX CLAIM BUREAU*

                Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

> CREDITOR INDICATES THE TAXES WERE PAID BY THE MORTGAGE LOAN SERVICER

CLARION COUNTY TAX CLAIM BUREAU*                    Court claim# /Trustee CID# 3
421 MAIN ST - SUITE 22
CLARION, PA 16214

The Movant further certifies that on 05/05/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
GEORGE M. DAVIS, 709 ARNOLD AVENUE P.O. BOX 163, TYLERSBURG, PA  16361

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA 15658

ORIGINAL CREDITOR:
CLARION COUNTY TAX CLAIM BUREAU*
421 MAIN ST - SUITE  22, CLARION, PA 16214

NEW CREDITOR: