**Fill in this information to identify the case:**

Debtor 1: George M. Davis

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylva (State)

Case number: 18-11229-JCM

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Treehouse Series V Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 5859

**Property address:** 709 Arnold Avenue
Number    Street

Tylersburg    PA    16233
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  05 / 28 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | George M. Davis | Case number (if known) | 18-11229-JCM |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Lauren Moyer
Signature

Date 02/07/2024

Print: Lauren Moyer
First Name   Middle Name   Last Name

Title: _____

Company: Friedman Vartolo LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City    NY    11530
City    State    ZIP Code

Contact phone (212) 471-5100

Email bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------X
:
: CASE NO.: 18-11229-JCM
IN RE: :
: CHAPTER: 13
George M. Davis :
: HON. JUDGE.: John C Melaragno
Debtor(s) :
:
:
:
:
:
:
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On February 7, 2024, I,  Lauren M Moyer, Esq, caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/   Lauren M Moyer, Esq
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York
11530 T: (212) 471-5100
F: (212) 471-5150

## **SERVICE LIST**

George M. Davis
709 Arnold Avenue
P.O. Box 163
Tylersburg, PA 16361
***Debtor(s)***

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
***Debtor's Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

**UNITED STATES TRUSTEE**
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
***U.S. Trustee***