Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **George M. Davis**<br>*Debtor(s)* | : : : | Case No. 18−11229−JCM<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : : : : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : : : : : : | Related to Document No. 126<br><br>Hearing Date: 4/30/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 27th of February, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 126 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before April 12, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **April 30, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                                                              _____
                                                              John C. Melaragno, Judge
                                                              United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11229-JCM |
| George M. Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 300a | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George M. Davis, 709 Arnold Avenue, P.O. Box 163, Tylersburg, PA 16361-0163 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14956665 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Clarion, PA 16214 |
| 14956666 | + | Clarion Hospital, P.O. Box 645563, Pittsburgh, PA 15264-5253 |
| 14956667 | + | Farmington Township Water and Sewer, P.O. Box 480, Bloomsburg, PA 17815-0480 |
| 14956669 | + | Laura Zuck Davis, Tionesta, PA 16353 |
| 14956674 | + | Tammy Taylor, Tionesta, PA 16353 |
| 15494951 | | U.S. Bank Trust National Association, as Trustee, of Igloo Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka CA 95501 |
| 14956675 | + | UGI Cental Penn Gas, Inc., P.O. Box 15503, Wilmington, DE 19886-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 28 2024 00:26:08 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 14956663 | + | Email/Text: g20956@att.com | Feb 28 2024 00:39:00 | AT & T Wireless, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14983415 | + | Email/Text: g20956@att.com | Feb 28 2024 00:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15333205 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:12 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14956664 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 28 2024 00:36:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1839 |
| 14991043 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 28 2024 00:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15302554 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14956668 | + | Email/Text: EBNBKNOT@ford.com | Feb 28 2024 00:39:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14956673 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 28 2024 00:36:00 | State Farm Bank, P.O. Box 5961, Madison, WI 53705 |
| 14978447 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 28 2024 00:36:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14956670 | + | Email/Text: notices@burt-law.com  Feb 28 2024 00:39:00 | | Law Offices of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601  (PO Box 2328, Bloomington, IL 61702-2328) |
| 14978764 | | Email/PDF: cbp@omf.com  Feb 28 2024 00:50:18 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14956671 | + | Email/PDF: cbp@omf.com  Feb 28 2024 00:34:27 | | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14993910 | + | Email/Text: BankruptcyEast@firstenergycorp.com  Feb 28 2024 00:37:00 | | Penelec, C/O FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14956672 | + | Email/Text: BankruptcyEast@firstenergycorp.com  Feb 28 2024 00:37:00 | | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 15543638 | ^ | MEBN  Feb 28 2024 00:25:07 | | U.S. Bank Trust National Association,, as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14975665 | | Email/Text: bkrcy@ugi.com  Feb 28 2024 00:39:00 | | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor George M. Davis thedebterasers@aol.com |

Imaged Certificate of Notice    Page 4 of 4

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Feb 27, 2024 Form ID: 300a Total Noticed: 26

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7