**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GEORGE M. DAVIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-11229<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/29/2018 and confirmed on 3/12/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,535.63 |
| Less Refunds to Debtor | 1,709.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,826.51 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,619.00 | |
|   Trustee Fee | 3,616.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,235.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 35,118.99 | 0.00 | 35,118.99 |
|     Acct: 5859 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 4,648.36 | 4,648.36 | 0.00 | 4,648.36 |
|     Acct: 5859 | | | | |
|   CLARION COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   AFNI INC | 21,617.18 | 21,617.18 | 0.00 | 21,617.18 |
|     Acct: 3095 | | | | |
| | | | | 61,384.53 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE M. DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE M. DAVIS | 1,709.12 | 1,709.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AT & T MOBILITY II LLC | 1,049.73 | 1,049.73 | 0.00 | 1,049.73 |
|     Acct: 7336 | | | | |
|   CLARION HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1282 | | | | |
|   FARMINGTON TOWNSHIP WATER AND SE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0760 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6812 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 3,729.49 | 3,729.49 | 0.00 | 3,729.49 |
|     Acct: 3556 | | | | |
|   PENELEC/FIRST ENERGY** | 904.79 | 904.79 | 0.00 | 904.79 |
|     Acct: 4946 | | | | |
|   UGI UTILITIES INC | 522.24 | 522.24 | 0.00 | 522.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6124 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BURTON NEIL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,206.25 |
| **TOTAL PAID TO CREDITORS** | | | | **67,590.78** |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          26,265.54
UNSECURED         6,206.25

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GEORGE M. DAVIS

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-11229

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-11229-JCM
George M. Davis     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Feb 27, 2024     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George M. Davis, 709 Arnold Avenue, P.O. Box 163, Tylersburg, PA 16361-0163 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14956665 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Clarion, PA 16214 |
| 14956666 | + | Clarion Hospital, P.O. Box 645563, Pittsburgh, PA 15264-5253 |
| 14956667 | + | Farmington Township Water and Sewer, P.O. Box 480, Bloomsburg, PA 17815-0480 |
| 14956669 | + | Laura Zuck Davis, Tionesta, PA 16353 |
| 14956674 | + | Tammy Taylor, Tionesta, PA 16353 |
| 15494951 |  | U.S. Bank Trust National Association, as Trustee, of Igloo Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka CA 95501 |
| 14956675 | + | UGI Cental Penn Gas, Inc., P.O. Box 15503, Wilmington, DE 19886-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 28 2024 00:26:10 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 14956663 | + | Email/Text: g20956@att.com | Feb 28 2024 00:39:00 | AT & T Wireless, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14983415 | + | Email/Text: g20956@att.com | Feb 28 2024 00:39:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15333205 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:24 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14956664 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 28 2024 00:36:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1839 |
| 14991043 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 28 2024 00:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15302554 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14956668 | + | Email/Text: EBNBKNOT@ford.com | Feb 28 2024 00:39:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14956673 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 28 2024 00:36:00 | State Farm Bank, P.O. Box 5961, Madison, WI 53705 |
| 14978447 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 28 2024 00:36:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14956670 | + | Email/Text: notices@burt-law.com | Feb 28 2024 00:39:00 | Law Offices of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| | | | | PO Box 2328, Bloomington, IL 61702-2328 |
| 14978764 | | Email/PDF: cbp@omf.com | Feb 28 2024 01:01:07 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14956671 | + | Email/PDF: cbp@omf.com | Feb 28 2024 00:35:08 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14993910 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 28 2024 00:37:00 | Penelec, C/O FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14956672 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 28 2024 00:37:00 | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 15543638 | ^ | MEBN | Feb 28 2024 00:25:09 | U.S. Bank Trust National Association,, as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14975665 | | Email/Text: bkrcy@ugi.com | Feb 28 2024 00:39:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor George M. Davis thedebterasers@aol.com |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 26

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7