| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | George M. Davis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6126<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18-11229-JCM | | |

## Order of Discharge                                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   George M. Davis

   4/15/24                                                   **By the court:** John C Melaragno
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-11229-JCM

George M. Davis     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Apr 15, 2024     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George M. Davis, 709 Arnold Avenue, P.O. Box 163, Tylersburg, PA 16361-0163 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14956665 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Clarion, PA 16214 |
| 14956666 | + | Clarion Hospital, P.O. Box 645563, Pittsburgh, PA 15264-5253 |
| 14956667 | + | Farmington Township Water and Sewer, P.O. Box 480, Bloomsburg, PA 17815-0480 |
| 14956669 | + | Laura Zuck Davis, Tionesta, PA 16353 |
| 14956674 | + | Tammy Taylor, Tionesta, PA 16353 |
| 15494951 | | U.S. Bank Trust National Association, as Trustee, of Igloo Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka CA 95501 |
| 14956675 | + | UGI Cental Penn Gas, Inc., P.O. Box 15503, Wilmington, DE 19886-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Apr 15 2024 23:52:50 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 14956663 | + EDI: CINGMIDLAND.COM | Apr 16 2024 03:37:00 | AT & T Wireless, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14983415 | + EDI: CINGMIDLAND.COM | Apr 16 2024 03:37:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15333205 | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 00:01:43 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14956664 | + EDI: LCIBAYLN | Apr 16 2024 03:37:00 | Bayview Loan Servicing, 4425 Ponce del Leon |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14991043 | + | EDI: LCIBAYLN | Apr 16 2024 03:37:00 | Boulevard, 5th Floor, Miami, FL 33146-1839<br>Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15302554 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2024 23:51:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14956668 | + | Email/Text: EBNBKNOT@ford.com | Apr 15 2024 23:52:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14956673 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 15 2024 23:50:00 | State Farm Bank, P.O. Box 5961, Madison, WI 53705 |
| 14978447 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 15 2024 23:50:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14956670 | + | Email/Text: notices@burt-law.com | Apr 15 2024 23:52:00 | Law Offices of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14978764 | | EDI: AGFINANCE.COM | Apr 16 2024 03:37:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14956671 | + | EDI: AGFINANCE.COM | Apr 16 2024 03:37:00 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14993910 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 15 2024 23:51:00 | Penelec, C/O FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14956672 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 15 2024 23:51:00 | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 15543638 | ^ | MEBN | Apr 15 2024 23:52:49 | U.S. Bank Trust National Association,, as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14975665 | | Email/Text: bkrcy@ugi.com | Apr 15 2024 23:52:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor George M. Davis thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7