IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GEORGE M. DAVIS

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:18-11229

Chapter 13

Related to Doc. No. 126

ORDER OF COURT

  AND NOW, this 15th day of April, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
4/15/24 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JOHN C. MELARAGNO, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11229-JCM |
| George M. Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George M. Davis, 709 Arnold Avenue, P.O. Box 163, Tylersburg, PA 16361-0163 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14956665 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Clarion, PA 16214 |
| 14956666 | + | Clarion Hospital, P.O. Box 645563, Pittsburgh, PA 15264-5253 |
| 14956667 | + | Farmington Township Water and Sewer, P.O. Box 480, Bloomsburg, PA 17815-0480 |
| 14956669 | + | Laura Zuck Davis, Tionesta, PA 16353 |
| 14956674 | + | Tammy Taylor, Tionesta, PA 16353 |
| 15494951 | | U.S. Bank Trust National Association, as Trustee, of Igloo Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka CA 95501 |
| 14956675 | + | UGI Cental Penn Gas, Inc., P.O. Box 15503, Wilmington, DE 19886-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Apr 15 2024 23:52:50 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 14956663 | + | Email/Text: g20956@att.com | Apr 15 2024 23:52:00 | AT & T Wireless, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14983415 | + | Email/Text: g20956@att.com | Apr 15 2024 23:52:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15333205 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 00:41:12 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14956664 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 15 2024 23:50:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1839 |
| 14991043 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 15 2024 23:50:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15302554 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2024 23:51:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14956668 | + | Email/Text: EBNBKNOT@ford.com | Apr 15 2024 23:52:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14956673 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 15 2024 23:50:00 | State Farm Bank, P.O. Box 5961, Madison, WI 53705 |
| 14978447 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Apr 15 2024 23:50:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14956670 | + | Email/Text: notices@burt-law.com | Apr 15 2024 23:52:00 | PO Box 2328, Bloomington, IL 61702-2328 Law Offices of Burton Neil & Assoc., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14978764 | | Email/PDF: cbp@omf.com | Apr 16 2024 00:28:43 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14956671 | + | Email/PDF: cbp@omf.com | Apr 16 2024 00:01:54 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14993910 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 15 2024 23:51:00 | Penelec, C/O FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14956672 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 15 2024 23:51:00 | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |
| 15543638 | ^ | MEBN | Apr 15 2024 23:52:50 | U.S. Bank Trust National Association,, as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14975665 | | Email/Text: bkrcy@ugi.com | Apr 15 2024 23:52:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor George M. Davis thedebterasers@aol.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 26 |

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust, c/o SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7