**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    George M. Davis

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    18-11229 TPA

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** COMMUNITY LOAN SERVICING, LLC    **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1253

**Date of payment change:**
Must be at least 21 days after date of this notice    04/28/2022

**New total payment:**    $626.36
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $193.67    New escrow payment: $178.16

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: ____%    New interest rate: ____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)   <u>George M. Davis</u>                    Case number (*if known*) <u>18-11229 TPA</u>
            First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Brian C. Nicholas                          Date    02/23/2022
    Signature
Print: Brian Nicholas
       23 Feb 2022, 17:08:57, EST

Title   <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>    <u>Market Street, Suite 5000</u>
           Number       Street
           Philadelphia,                PA    19106
           City                         State  ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com

Document ID: 92c09f7f471d801c758cb67c3a88fd7cfb5abe31b9f655a4f17d54248b7dd7e0