**Community Loan Servicing**
P.O. Box 331409
Miami FL 33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**
| | |
|---|---|
| TAXES | $450.30 |
| HAZARD INS | $140.04 |
| TAXES | $692.48 |
| Total | $1,282.82 |
| | $1,282.82 / 12 months = |
| **Escrow Payment Calculation** | **$106.91** |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
ACCOUNT NUMBER ▇▇▇▇▇▇
ESCROW ANALYSIS DATE: 02/02/2022

George M Davis
C/O Kenneth P Seitz
PO Box 211
Ligonier, PA 15658-0211

**NEW PAYMENT IS AS FOLLOWS:**
| | |
|---|---|
| Principal and Interest | $448.20 |
| Required Escrow Payment | $106.91 |
| Shortage/Surplus Spread | $71.25 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$626.36** |
| **New Payment Effective Date:** | **04/28/2022** |
| Current Payment Due Date: | 08/28/2021 |

This statement provides a detailed summary of activity related to your escrow account. Community Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 04/2022 through 03/2023 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $3,590.12-[1] | $880.38[2] |
| APR 22 | $106.91 | | | | | $450.30 | TOWN TAX | $3,933.51- | $536.99 |
| APR 22 | | | | $11.67 | | | | $3,945.18- | $525.32 |
| MAY 22 | $106.91 | | | $11.67 | | | | $3,849.94- | $620.56 |
| JUN 22 | $106.91 | | | $11.67 | | | | $3,754.70- | $715.80 |
| JUL 22 | $106.91 | | | $11.67 | | | | $3,659.46- | $811.04 |
| AUG 22 | $106.91 | | | | | $692.48 | SCHOOL TAX | $4,245.03- | $225.47 |
| AUG 22 | | | | $11.67 | | | | $4,256.70-* | $213.80 LP |
| SEP 22 | $106.91 | | | $11.67 | | | | $4,161.46- | $309.04 |
| OCT 22 | $106.91 | | | $11.67 | | | | $4,066.22- | $404.28 |
| NOV 22 | $106.91 | | | $11.67 | | | | $3,970.98- | $499.52 |
| DEC 22 | $106.91 | | | $11.67 | | | | $3,875.74- | $594.76 |
| JAN 23 | $106.91 | | | $11.67 | | | | $3,780.50- | $690.00 |
| FEB 23 | $106.91 | | | $11.67 | | | | $3,685.26- | $785.24 |
| MAR 23 | $106.91 | | | $11.67 | | | | $3,590.02- | $880.48 |
| Total | | | | $140.04 | | $1,142.78 | | | |

(1)  Your current escrow balance is negative $5,298.14. To project the next year's tax and insurance payment we added $1,743.03 for payments not yet made and subtracted $35.01 for disbursement not yet made. This brings your projected starting balance to negative $3,590.12 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $213.80 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $4,256.70. Your bankruptcy escrow claim amount of $195.30 will be added to your escrow balance. The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $4,275.20. This results in a shortage once all the payments not yet made for the tax and insurance portion are received. Your escrow shortage has been spread over a 60 month period.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $880.38 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:** ████████    **Name:** George M Davis

This is a statement of actual activity in your escrow account from 04/2021 through 03/2022. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $641.87 of which $448.20 was for principal and interest and $193.67 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected<br>• Monthly payment(s) were received earlier OR later than expected<br>• Previous overage was returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax bill paid earlier OR later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Insurance bill paid earlier OR later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New insurance escrow requirement paid<br>• Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $859.78 | $4,695.47- |
| APR 21 | $105.32 | $9.00 * | $450.30 | $450.30 | TOWN TAX | $514.80 | $5,136.77- |
| APR 21 | | | | $12.58 | $0.00 * | HAZARD INSUR | $502.22 | $5,136.77- |
| APR 21 | | | | | $12.81 * | HAZARD INS | $502.22 | $5,149.58- |
| MAY 21 | $105.32 | $0.00 * | $12.58 | $0.00 * | HAZARD INSUR | $594.96 | $5,149.58- |
| MAY 21 | | | | | $12.40 * | HAZARD INS | $594.96 | $5,161.98- |
| JUN 21 | $105.32 | $9.00 * | $12.58 | $0.00 * | HAZARD INSUR | $687.70 | $5,152.98- |
| JUN 21 | | | | | $12.81 * | HAZARD INS | $687.70 | $5,165.79- |
| JUL 21 | $105.32 | $45.00 * | $12.58 | $0.00 * | HAZARD INSUR | $780.44 | $5,120.79- |
| JUL 21 | | | | | $12.40 * | HAZARD INS | $780.44 | $5,133.19- |
| AUG 21 | $105.32 | $0.00 * | $662.54 | $692.48 * | SCHOOL TAX | $223.22 | $5,825.67- |
| AUG 21 | | | | $12.58 | $0.00 * | HAZARD INSUR | $210.64 | $5,825.67- |
| AUG 21 | | | | | $12.81 * | HAZARD INS | $210.64 | $5,838.48- |
| SEP 21 | $105.32 | $9.00 * | $12.58 | $0.00 * | HAZARD INSUR | $303.38 | $5,829.48- |
| SEP 21 | | | | | $11.89 * | HAZARD INS | $303.38 | $5,841.37- L |
| OCT 21 | $105.32 | $202.67 * | $12.58 | $0.00 * | HAZARD INSUR | $396.12 | $5,638.70- |
| OCT 21 | | | | | $11.50 * | HAZARD INS | $396.12 | $5,650.20- |
| NOV 21 | $105.32 | $193.67 * | $12.58 | $0.00 * | HAZARD INSUR | $488.86 | $5,456.53- |
| NOV 21 | | | | | $11.89 * | HAZARD INS | $488.86 | $5,468.42- |
| DEC 21 | $105.32 | $193.67 * | $12.58 | $0.00 * | HAZARD INSUR | $581.60 | $5,274.75- |
| DEC 21 | | | | | $11.50 * | HAZARD INS | $581.60 | $5,286.25- |
| JAN 22 | $105.32 | $0.00 * | $12.58 | $0.00 * | HAZARD INSUR | $674.34 | $5,286.25- |
| JAN 22 | | | | | $11.89 * | HAZARD INS | $674.34 | $5,298.14- |
| FEB 22 | $105.32 | $1,549.36 *E | $12.58 | $11.67 *E | HAZARD INSUR | $767.08 | $3,760.45- |
| FEB 22 | | | | | $11.67 *E | HAZARD INSUR | $767.08 | $3,772.12- |
| MAR 22 | $105.32 | $193.67 *E | $12.58 | $11.67 *E | HAZARD INSUR | $859.82 | $3,590.12- |
| Total | $1,263.84 | $2,405.04 | $1,263.80 | $1,299.69 | | | |

\* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
**Current Escrow Balance**           $5,298.14-
**Payments Not Yet Made**             $1,743.03
**Disbursements Not Yet Made**           $35.01
**Projected Escrow Balance**          $3,590.12-

At the time of your escrow account review, your expected lowest balance was $210.64 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $5,841.37, as shown in the above "Account History".

**General SOL Disclaimer:** If you are a successor in interest to the above-referenced property, please note that the following disclosures are being provided pursuant to applicable state law. However, you are not liable for the above-referenced mortgage obligation until you assume the mortgage obligation under applicable state law.

The law limits how long a debt can be sued on. We will not sue for any portion of the loan obligation for which the applicable statute of limitations has expired. However, if the debt is not paid, we may report it to the credit reporting agencies as unpaid to the extent permitted by applicable law. If you would like to learn more about your legal rights and options, you can consult an attorney or a legal assistance or legal aid organization.

**Confirmed SII Disclaimer:** If you exhibit any success in making a full or partial payment to assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt. The investor may require that you assume the loan in order to complete the Modification process.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged.  If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Community Loan Servicing, LLC., NMLS no. 2469.

**Should you require additional information, please call Customer Service: 1-800-457-5105**
**Mon-Fri, 8:00 a.m. to 7:00 p.m., EST**
**www.communityloanservicing.com**

**The following mailing address must be used for all Error Notices & Information Requests: Community Loan Servicing, LLC, Customer Support, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

487