**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George M. Davis<br>　　　　　　　Debtor(s)<br><br>**COMMUNITY LOAN SERVICING, LLC**<br>　　　　　　　Movant<br><br>vs.<br><br>George M. Davis<br>　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　Trustee | BK NO. 18-11229 TPA<br><br>Chapter 13<br><br>Related to Claim No. 5 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 01, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
George M. Davis
709 Arnold Avenue
P.O. Box 163
Tylersburg, PA 16361

<u>Attorney for Debtor(s)</u>
Kenneth P. Seitz, Esq.
432 Boulevard of the Allies (VIA ECF)
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>March 01, 2022</u>

　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com